IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANE HARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| TOM CASADY, JIM PESCHONG, | ) | |
| JOHN SPATZ, RUSSELL FOSLER | ) | |
| individually and in their | ) | |
| official capacities as | ) | |
| employees of the City of | ) | |
| Lincoln and the State of | ) | |
| Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of Hugh I. Abrahamson and Jill M. Abrahamson for leave to withdraw (Filing No. 27). The Court notes plaintiff has other counsel, and that attorney does not object, nor does plaintiff. Accordingly,

IT IS ORDERED that the motion is granted. Hugh I. Abrahamson and Jill M. Abrahamson are deemed withdrawn as counsel of record for plaintiff. The clerk's office shall remove their names from receiving any further notice on CM/ECF.

DATED this 13th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court