IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANE HARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| THE NEBRASKA LIQUOR CONTROL | ) | ORDER |
| COMMISSION, THE CITY OF | ) | |
| LINCOLN, NEBRASKA, a Municipal | ) | |
| Corporation, and TOM CASADY, | ) | |
| JIM PESCHONG, JOHN SPATZ, | ) | |
| RUSSELL FOSLER and HOBERT | ) | |
| RUPE, individually and in | ) | |
| their official capacities as | ) | |
| employees of the City of | ) | |
| Lincoln and the State of | ) | |
| Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to file second amended complaint (Filing No. 34). The Court notes the parties have until May 29, 2015, to amend pleadings as set forth in the final progression order (Filing No. 33). Accordingly,

IT IS ORDERED that plaintiff's motion to file second amended complaint is granted. Plaintiff shall have until May 29, 2015, to file his second amended complaint.

DATED this 13th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court