IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANE HARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, NEBRASKA, a | ) | ORDER |
| Municipal Corporation, and | ) | |
| TOM CASADY, JIM PESCHONG, and | ) | |
| RUSSELL FOSLER, individually | ) | |
| and in their official | ) | |
| capacities as employees of | ) | |
| the City of Lincoln, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation to stay discovery pending outcome of defendants' motion to dismiss and plaintiff's cross-motion to be submitted in response (Filing No. 42).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted.  Discovery is stayed pending outcome of defendants' motion to dismiss and plaintiff's cross motion to be submitted in response.

DATED this 17th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court