IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANE HARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| TOM CASADY, JIM PESCHONG, | ) | ORDER |
| JOHN SPATZ, RUSSELL FOSLER | ) | |
| and HOBERT RUPE, individually | ) | |
| and in their official | ) | |
| capacities as employees of | ) | |
| the City of Lincoln and the | ) | |
| State of Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on various issues. If the parties wish to bring any matter before this Court, they must comply with the local rules. The parties are referred to Local Rule 7.1.

The defendants have filed another motion to dismiss (Filing No. 39). Plaintiff Shane Harrington has requested leave to amend his complaint (Filing No. 44) in a brief. The Court will not address the deficiencies of the Second Amended Complaint. On the plaintiff's stipulation that no further amendments will be made (Filing No. 44, at 4, ¶ 13), the Court will allow the plaintiff to file his Third Amended Complaint.

IT IS ORDERED:

1) On or before July 17, 2015, plaintiff has leave to file his Third Amended Complaint.

2) The defendants' motion (Filing No. 39) is denied as moot).

DATED this 30th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court