IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANE HARRINGTON and KALI RECORDS, | ) ) ) | |
| Plaintiffs, | ) ) | 4:14CV3171 |
| v. | ) ) | |
| TOM CASADY, JIM PESCHONG, JOHN SPATZ, RUSSELL FOSLER and HOBERT RUPE, individually and in their official capacities as employees of the City of Lincoln and the State of Nebraska, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiffs' motion to consolidate, add parties, and file consolidated complaint (Filing No. 72), and plaintiffs' motion to withdraw motion to consolidate, add parties, and file consolidated complaint, vacate stay, and request for discovery conference (Filing No. 78).

The Court finds that plaintiffs' motion to withdraw motion to consolidate, vacate stay, and schedule discovery conference (Filing No. 78) should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion to withdraw Filing No. 72 is granted.

3) Plaintiffs' motion to vacate stay is granted.

4) Plaintiffs' motion to schedule discovery conference is granted.  The conference is scheduled for:

**Friday, November 13, 2015, at 8:30 a.m.**

in the Chambers of the undersigned, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Suite 3190, Omaha, Nebraska.

DATED this 29th day of October, 2015.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court