IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE HARRINGTON and KALI RECORDS, LLC,<br><br>                 Plaintiffs,<br><br>     vs.<br><br>CITY OF LINCOLN, NEBRASKA, a municipal corporation, TOM CASADY, JIM PESCHONG, and RUSSELL FOSLER, individually, and in their official capacities as employees of the City of Lincoln,<br><br>                 Defendants. | 4:14CV3171<br><br>ORDER GOVERNING DISCLOSURE OF DOCUMENTS PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d) |

This matter is before the Court upon the agreement of the parties for an order pursuant to Rule 502(d) of the Federal Rules of Evidence (Filing No. 84). It appears to the Court that entry of this Rule 502(d) Order will limit further expenditure of time and resources by the Court and the parties,

     IT IS ORDERED:

     1) The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2) Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DATED this 8th day of December, 2015.

BY THE COURT:

*/s/ Lyle E. Strom*
LYLE E. STROM, Senior Judge
United States District Court