IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANE HARRINGTON and KALI RECORDS, LLC, | ) ) ) | Case No. 4:14-cv-03171 |
| Plaintiffs, | ) ) | |
| v. | ) | **JOINT STIPULATION FOR** |
| CITY OF LINCOLN, NEBRASKA, a municipal corporation, TOM CASADY JIM PESCHONG, and RUSSELL FOSLER individually, and in their official capacities as employees of the City of Lincoln, | ) ) ) ) ) ) | **DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

COME NOW, Plaintiffs and Defendants by and through their attorneys of record move the Court for Dismissal of the above-captioned matter with prejudice.

Lincoln, Nebraska
April 4, 2016

                              SHANE HARRINGTON and KALI
                              RECORDS, LLC, Plaintiffs

                      By: */s/ Glen D. Witte*
                              Glen D. Witte, #18727
                              6120 Havelock Avenue
                              Lincoln, NE 68507
                              402-467-5080
                              Glen@WitteLawOffice.com

                              */s/Evan Spencer*
                              Evan Spencer
                              Attorney at Law
                              305 Broadway, 7th Floor
                              New York, NY 10007
                              917-599-7430
                              Evan@EvanSpencerEsq.com
                              Attorneys for Plaintiffs

        CITY OF LINCOLN, NEBRASKA, TOM CASADY, JIM PESCHONG and RUSSELL FOSLER, Defendants

        JEFFERY R. KIRKPATRICK, City Attorney
ELIZABETH D. ELLIOTT, Assistant City Attorney

By: */s/Elizabeth D. Elliott*
    Elizabeth D. Elliott, #22890
    555 South 10th Street, Suite 300
    Lincoln, NE 68508
    402-441-7290
    eelliott@lincoln.ne.gov