IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANE HARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, NEBRASKA, a | ) | ORDER AND JUDGMENT |
| Municipal Corporation, and | ) | |
| TOM CASADY, JIM PESCHONG, and | ) | |
| RUSSELL FOSLER, individually | ) | |
| and in their official | ) | |
| capacities as employees of | ) | |
| the City of Lincoln, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the joint

stipulation for dismissal with prejudice (Filing No. 133).  The

Court finds the stipulation should be approved and adopted.

Accordingly,

IT IS ORDERED the joint stipulation is approved and

adopted; this action is dismissed with prejudice.

DATED this 4th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court